# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | CV F 05 1285 AWI LJO P |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED JANUARY 4, 2007 (Doc. 12.) |
| v. | |
| ADAMS, et. al., | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| Defendants. | |

Robert Lee Robins, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2006, the Court has screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it stated only a cognizable Eighth Amendment cruel and unusual claim against Defendants Adams and Silva under 42 U.S.C. § 1983.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Plaintiff did not submit an Amended Complaint or notify the Court of his intent to proceed only with the cognizable claims for relief within the allotted time frame, however. Thus, on January 4, 2007, the Court issued Findings

---

[1] In Findings and Recommendations issued concurrently with this order, the Court recommended that the remaining claims and defendants be dismissed from the action for failure to state any claims upon which relief may be granted and at Plaintiff's request.

1

1  and Recommendations to dismiss the action.  On January 10, 2007, Plaintiff submitted a Notice
2  to the Court of his intent to dismiss all claims except the Eighth Amendment claim found
3  cognizable by the Court against Defendants Adams and Silva.  Based on this pleading, the Court
4  HEREBY ORDERS:

5      1.      The Findings and Recommendations issued January 4, 2007, are VACATED;

6      2.      Service is appropriate for the following defendants:

7      C/O ADAMS

8      C/O SILVA

9      2.      The Clerk of the Court shall send Plaintiff TWO USM-285 forms, TWO
10      summons, a Notice of Submission of Documents form, an instruction sheet and a
11      copy of the complaint filed OCTOBER 11, 2005.

12      3.      Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete
13      the attached Notice of Submission of Documents and submit the completed
14      Notice to the Court with the following documents:

15      a.      Completed summons;
16      b.      One completed USM-285 form for each defendant listed above; and
17      c.      THREE copies of the endorsed complaint filed OCTOBER 11, 2005.

18      4.      Plaintiff need not attempt service on Defendants and need not request waiver of
19      service.  Upon receipt of the above-described documents, the court will direct the
20      United States Marshal to serve the above-named Defendants pursuant to Federal
21      Rule of Civil Procedure 4 without payment of costs.

22      5.      <u>The failure to comply with this Order will result in a Recommendation that this
23      action be dismissed.</u>

24  IT IS SO ORDERED.

25  **Dated:**   **January 16, 2007**             /s/ Lawrence J. O'Neill
      b9ed48                                                    UNITED STATES MAGISTRATE JUDGE