# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | CV F 05 1285 AWI LJO P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FROM ACTION (Doc. 11, 13.) |
| ADAMS, et. al., | |
| Defendants. | |

Robert Lee Robins, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 9, 2006, the Court has screened Plaintiff's Complaint pursuant to 28 U.S.C. § 1915A and found that it stated only a cognizable Eighth Amendment cruel and unusual claim against Defendants Adams and Silva under 42 U.S.C. § 1983. Plaintiff did not submit an Amended Complaint or notify the Court of his intent to proceed only with the cognizable claims for relief within the allotted time frame, however. Thus, on January 4, 2007, the Court issued Findings and Recommendations to dismiss the action.

On January 10, 2007, Plaintiff submitted a Notice to the Court of his intent to dismiss all claims except the Eighth Amendment claim found cognizable by the Court against Defendants Adams and Silva. Based on this filing and concurrent with these Findings and Recommendations, the Court issued an Order vacating the previous Findings and Recommendations to dismiss for failure to comply and also finding service of the Complaint

1  appropriate.  The Court directed the Clerk of Court to forward to Plaintiff the appropriate
2  documents for service of the Complaint.  The Court now RECOMMENDS that those claims that
3  were found not cognizable against all remaining Defendants be DISMISSED and that the action
4  proceed *solely* on the Eighth Amendment claim of cruel and unusual punishment against
5  Defendant Correctional Officers Adams and Silva.

6        The Court HEREBY ORDERS that these Findings and Recommendations be submitted
7  to the United States District Court Judge assigned to this action pursuant to the provisions of 28
8  U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States
9  District Court, Eastern District of California.  Within TWENTY (20) days after being served
10 with a copy of these Findings and Recommendations, any party may file written Objections with
11 the Court and serve a copy on all parties.  Such a document should be captioned "Objections to
12 Magistrate Judge's Findings and Recommendations."  Replies to the Objections shall be served
13 and filed within TEN (10) court days (plus three days if served by mail) after service of the
14 Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C.
15 § 636 (b)(1)(C).  The parties are advised that failure to file Objections within the specified time
16 may waive the right to appeal the Order of the District Court.  Martinez v. Ylst, 951 F.2d 1153
17 (9th Cir. 1991).

18 IT IS SO ORDERED.

19 **Dated:**   **January 16, 2007**           **/s/ Lawrence J. O'Neill**
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE
20