UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | 1:05-cv-01285-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 15) |
| vs. | |
| ADAMS, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** |
| Defendants. / | |

Robert Lee Robins, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 16, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days.  On January 17, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. In his objections, Petitioner requests that the court not dismiss this action. As explained in the Findings and Recommendations, the court is only dismissing certain claims that Petitioner chose not to amend. This action will still proceed on the Eighth Amendment claim.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 16, 2007, are ADOPTED IN FULL;
2. The action proceed *solely* on the Eighth Amendment claim of cruel and unusual punishment against Defendant Correctional Officers Adams and Silva;
3. All other claims and Defendants are DISMISSED;
4. This case is remanded to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   March 13, 2007**                              **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE