IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | 1:05-cv-01285 AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO PAY SANCTIONS IN THE AMOUNT OF $150.00 TO DEFENDANTS |
| vs. | |
| ADAMS, et al., | (DOCUMENT #32) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 1, 2008, plaintiff filed a motion to extend time to pay sanctions in the amount of $150.00 to defendants. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to pay sanctions, in the amount of $150.00 to Defendants, pursuant to the court's order of September 10, 2008.

IT IS SO ORDERED.

Dated:   **October 6, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE