# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS, JR., | 1:05-cv-01285-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO PAY $75.00 SANCTIONS TO DEFENDANTS NOW AND $75.00 MORE BY JANUARY 7, 2009 |
| v. | |
| ADAMS, et. al., | (Doc. 36.) |
| Defendants. / | |

Robert Lee Robins, Jr. ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2008, the court granted defendants' motion for sanctions and ordered plaintiff to pay $150.00 sanctions to defendants within thirty days. (Doc. 31.) Plaintiff requested and was granted two extensions of time to pay the sanctions. (Docs. 32-35.) On December 5, 2008, plaintiff filed a motion for leave to pay $75.00 sanctions to defendants "now" and the remaining $75.00 sanctions on or before January 9, 2009. (Doc. 36.) Plaintiff submitted a copy of a money order dated December 3, 2008, made payable to the Office of the Attorney General in the amount of $75.00. Plaintiff's request shall be granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff is GRANTED leave to pay $75.00 sanctions to defendants "now" and to pay the remaining $75.00 sanctions to defendants on or before January 9, 2009, pursuant to the court's order of September 10, 2008.

IT IS SO ORDERED.

Dated: **December 23, 2008**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE