| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |
| ROBERT LEE ROBINS, | 1:05-cv-01285-AWI-GSA-PC |
| Plaintiff, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| v. | |
| C/O ADAMS and C/O SILVA, | ORDER VACATING TRIAL CONFIRMATION HEARING |
| Defendants. | ORDER VACATING DEADLINE FOR DEFENDANTS TO FILE THEIR PRETRIAL STATEMENT |
| | **VACATED:** Telephonic Trial Confirmation Hearing: May 11, 2009 at 3:00 p.m. in Courtroom 2 (AWI) |
| | FIFTEEN DAY DEADLINE FOR PLAINTIFF TO RESPOND |

Plaintiff Robert Lee Robins ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. A Telephonic Trial Confirmation Hearing in this action is scheduled for May 11, 2009, and Jury Trial is scheduled for June 16, 2009.

On March 4, 2009, the court issued a Second Scheduling Order in this action, establishing a trial schedule and pretrial deadlines. (Doc. 41.) Pursuant to the order, plaintiff was required to file

1

his pretrial statement by April 6, 2009, and defendants are required to file their pretrial statement by April 27, 2009. To date, plaintiff has not filed his pretrial statement or requested an extension of time.

Plaintiff shall be required to show cause why this action should not be dismissed for his failure to prosecute this action. If plaintiff fails to file a response to this order, or if plaintiff responds but fails to show cause, this action shall be dismissed.

Pending resolution of this order to show cause, the Telephonic Trial Confirmation Hearing shall be vacated. In addition, the April 27, 2009 deadline for defendants to file their pretrial statement shall be vacated.

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **fifteen (15) days** from the date of service of this order, plaintiff shall show cause, in writing, why this action should not be dismissed for his failure to prosecute this action, based on plaintiff's failure to file a pretrial statement;
2. The Telephonic Trial Confirmation Hearing, scheduled for May 11, 2009 at 3:00 p.m. in Courtroom 2 before Judge Anthony W. Ishii, is VACATED;
3. Defendants' April 27, 2009 deadline to file their pretrial statement is VACATED; and
4. If plaintiff fails to file a response to this order, or if plaintiff responds to this order but fails to show cause, this action will be dismissed.

IT IS SO ORDERED.

**Dated:     May 2, 2009**                      /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE