UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE ROBINS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C/O ADAMS and C/O SILVA,<br><br>　　　　　Defendants.<br>_____/ | 1:05-cv-01285-GSA-PC<br><br>**ORDER FOLLOWING TELEPHONIC TRIAL CONFIRMATION HEARING HELD ON OCTOBER 26, 2009**<br><br>**Settlement Conference:**<br>　　December 12, 2009 at 9:30 a.m.<br>　　Sixth Floor, before DLB<br><br>**Trial Confirmation Hearing:**<br>　　January 11, 2010, at 10:00 a.m.<br>　　Courtroom 10, before GSA<br><br>**New Pretrial Submissions Deadline:**<br>　　January 19, 2010<br><br>**Jury Trial:**<br>　　**Continued From:**<br>　　　　November 16, 2009, at 8:30 a.m.<br>　　　　Courtroom 10 before GSA<br><br>　　**To:**　January 26, 2010, at 8:30 a.m.<br>　　　　Courtroom 10 before GSA |

　　　　Plaintiff Robert Lee Robins ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and on June 1, 2009, this case was reassigned to Magistrate Judge Gary S. Austin for all further proceedings, including trial and entry of final judgment. (Docs. 4, 43, 52, 53.) This action is proceeding on Plaintiff's complaint, filed

1

October 11, 2005, against defendants C/O Adams and C/O Silva ("Defendants") for excessive physical force against Plaintiff in violation of the Eighth Amendment. (Doc. 1.)[1] The deadlines have expired for the parties to conduct discovery and file dispositive motions. The parties filed pre-trial statements pursuant to the Court's orders of March 4, 2009 and May 27, 2009. (Docs. 41, 50, 51, 55.) A Pretrial Order was issued on July 14, 2009. (Doc. 59.) The deadlines have expired for the parties to file motions in limine and oppositions to motions in limine.

On October 26, 2009, at 2:00 p.m., a trial confirmation hearing was held before the Honorable Gary S. Austin in Courtroom 10. Plaintiff, Robert Lee Robins, Jr., appeared telephonically on his own behalf, and Deputy Attorney General Anthony O'Brien appeared telephonically on behalf of defendants. The parties were advised that any party seeking to play any audio recording at trial, including but not limited to audio tape, CD, DVD, and VHS, must submit a written transcript of those spoken words at the beginning of trial, along with sufficient copies to supply each member of the jury, each party, and two courtesy copies for the court.

After discussion, this matter was set for Settlement Conference on December 17, 2009, at 9:30 a.m., before Magistrate Judge Dennis L. Beck. Trial in this matter was continued from November 16, 2009, at 8:30 a.m. to January 26, 2010, at 8:30 a.m., before Magistrate Judge Gary S. Austin.

Accordingly, the court HEREBY ORDERS as follows:

1. This matter is set for Settlement Conference before Magistrate Judge Dennis L. Beck, on **December 17, 2009, at 9:30 a.m.**, at the United States Courthouse, 2500 Tulare Street, Sixth Floor, Fresno, California;

2. Defendants' counsel shall obtain full settlement authority prior to the date and time for the Settlement Conference;

3. The parties shall each submit a Confidential Settlement Conference Statement to the chambers of Magistrate Judge Dennis L. Beck **on or before December 11, 2009**;

---

[1] On January 16, 2007, the Magistrate Judge issued Findings and Recommendations recommending that this action proceed solely against defendants C/O Adams and C/O Silva on plaintiff's Eighth Amendment claim of cruel and unusual punishment, and that all remaining claims and defendants be dismissed. (Doc. 15.) On March 14, 2007, the Findings and Recommendations were adopted by the District Judge. (Doc. 19.)

1  4. Jury trial in this matter, is CONTINUED from November 16, 2009, at 8:30 a.m. before Magistrate Judge Gary S. Austin, to **January 26, 2010, at 8:30 a.m.** before Magistrate Judge Gary S. Austin;

5. A Trial Confirmation Hearing is SCHEDULED for **January 11, 2010, at 10:00 a.m.**, before Magistrate Judge Gary S. Austin;[2]

6. The deadline for Pretrial Submissions other than motions in limine,[3] pursuant to the Pretrial Order of July 14, 2009, is now **January 19, 2009**;

7. The Clerk shall serve a copy of this order on Magistrate Judge Dennis L. Beck.

IT IS SO ORDERED.

Dated:   **October 27, 2009**          /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

---

[2] The parties may appear telephonically by coordinating a conference call prior to calling chambers at (559) 499-5960. The parties shall notify the court if they do wish to appear by telephone.

[3] Pretrial Submissions other than motions in limine include trial briefs, proposed verdict forms, proposed jury instructions, proposed voir dire questions, trial exhibits, and videotapes or DVDs. The parties shall refer to the court's Pretrial Order of July 14, 2009, for additional trial information.