**FILED**

**JUDGMENT ENTERED**

*1/28/2010*
(date)

by */s/ Carrie Esteves*

Deputy Clerk

U.S. District Court
Eastern District of California

✔ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ROBERT LEE ROBINS, JR.,

       Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:05-cv-01285 GSA (PC)

C/O ADAMS and C/O SILVA,

       Defendants.
_____/

       JURY VERDICT:   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF.

DATED:   January 28, 2010

                                                          Victoria Minor, Clerk


                                        By:   /s/ Carrie Esteves
                                                   Deputy Clerk